■ WENDY WILLIAMS, Respondent, v DELTA SONIC CAR WASH SYSTEMS, INC., et al., Appellants. [929 NYS2d 916]—

Now, upon the stipulations of discontinuance signed by the attorneys for the parties on July 7, 2011, and filed in the Niagara County Clerk's Office on September 14, 2011,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Fahey, Peradotto, Lindley and Sconiers, JJ.